# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161238-9(135)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GREAT LAKES CAPITAL FUND FOR
HOUSING LIMITED PARTNERSHIP XII,
     Plaintiff-Appellee,

v

ERWIN COMPANIES, LLC,
          Defendant-Appellee,
and

STACY ERWIN OAKES,
          Defendant-Appellant.
_____/

SC: 161238, 161239
COA: 349763; 349931
Saginaw CC: 18-035570-CB

     On order of the Chief Justice, the motion of defendant-appellant to waive the filing fees is GRANTED as to this case only.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2020



Clerk